**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **REVERAND ZACHARIAH TRINGALI,**<br>**Plaintiff,**<br>**v.**<br>**FORD MOTOR COMPANY,**<br>**Defendant.** | **Civil Action No. 26-13801-BEM** |

**ORDER**

**MURPHY, J.**

In a Procedural Order dated August 18, 2026, the Court informed Plaintiff that in order to proceed with this action, he must either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Dkt. 3. The Court informed Plaintiff that failure to comply within 21 days of the Procedural Order may result in dismissal of this action. *Id.*

Plaintiff has not, to date, responded to the Court's Procedural Order, and the time to do so has expired. It appears that he no longer wishes to pursue this case. District courts have inherent power to dismiss cases for failure to prosecute. *See Santos v. Dep't of Educ. of Com. of Puerto Rico*, 108 F. App'x 638, 640 (1st Cir. 2004) (district courts have "the power to act *sua sponte* to dismiss a suit for failure to prosecute"); *Tower Ventures, Inc. v. City of Westfield*, 296 F.3d 43, 46 (1st Cir. 2002) ("disobedience of court orders . . . warrants dismissal").

Given that Plaintiff has not addressed the filing fee and has not taken any further action in this case, the Court DISMISSES this case without prejudice. The Clerk shall enter a separate order

of dismissal.

**IT IS SO ORDERED**.

/s/ Brian E. Murphy
Brian E. Murphy
United States District Judge

Dated: September 15, 2026